**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-01394-LTB-KLM

JOHN CALL,

       Plaintiff,

v.

AARGON FUNDING, INC.,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 13 - filed October 22, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                   s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   October 23, 2013